UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL A. JAMES (#174134)

VERSUS

C. McDOWELL, ET AL.

CIVIL ACTION

22-551-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated March 6, 2023, to which an *Objection*[2] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over potential state law claims, and Michael A. James's federal claims are DISMISSED WITH PREJUDICE for failure to state a claim and/or as legally frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and that this case is CLOSED.

Signed in Baton Rouge, Louisiana, on this  12  day of April, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 8.